## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF  DIVISION

LANCE ANTHONY TUCKER                                                                    PLAINTIFF

VS.                                      NO. 5:09CV00076-SWW-BD

SUSAN POTTS
AND MARK GOBER                                                                   DEFENDANTS


## RECOMMENDED DISPOSITION

**I**.      **Procedure for Filing Objections**

The following Recommended Disposition has been sent to United States District

Judge Susan Webber Wright.  Any party may serve and file written objections to this

recommendation.  Objections should be specific and should include the factual or legal

basis for the objection.  If the objection is to a factual finding, specifically identify that

finding and the evidence that supports your objection.  An original and one copy of your

objections must be received in the office of the United States District Court Clerk no later

than eleven (11) days from the date you receive the Recommended Disposition.  A copy

will be furnished to the opposing party.   Failure to file timely objections may result in

waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

II.     **Background**

On March 11, 2009, Plaintiff Lance Anthony Tucker filed this 42 U.S.C. § 1983

action (docket entry #2) pro se, along with a Motion for Leave to Proceed *in forma*

*pauperis* (#1).  On March 12, 2009, this Court granted Plaintiff leave to proceed in *forma*

*pauperis* and ordered him to file an amended complaint within thirty days of the entry of

the Order (#3).  The Order notified Plaintiff of his duties under Local Rule 5.5(c)(2) and

cautioned Plaintiff that failure to comply with the Order could result in dismissal of his

complaint (#3).  Plaintiff failed to file an amended complaint.

On April 21, 2009, the Court noted that Plaintiff was no longer incarcerated in the

Drew County Detention Facility and ordered Plaintiff to provide notice of his new address

(#7).  In addition, this Court again ordered Plaintiff to file an amended complaint.

Plaintiff was given until May 16, 2009, to comply.  Plaintiff has failed to provide his new

address or file an amended complaint, and the time to do so has passed.  Accordingly,

Plaintiff's Complaint (#2) should be dismissed without prejudice under Local Rule

5.5(c)(2).

 III.     **Conclusion**

The Court recommends that the District Court dismiss the Complaint (#2) without

prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Orders of

March 12, 2009 (#3) and April 21, 2009 (#7).

     DATED this 18th day of May, 2009.


_____

UNITED STATES MAGISTRATE JUDGE